IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIDGET OWINGS,

Plaintiff,

v.

FRANKLIN COUNTY SHERIFF OFFICE, JASON ROACH,

Defendants.

CIVIL ACTION NO.
1:20-cv-03504-MLB

**ORDER**

Plaintiff seeks to file a complaint without prepayment of fees and costs or security pursuant to 28 U.S.C. § 1915(a). After consideration of Plaintiff's affidavit of indigency, the motion to proceed *in forma pauperis* (Doc. 1) is **GRANTED** pursuant to § 1915(a), and Plaintiff shall be allowed to proceed with this action without prepayment of costs or United States Marshal Service fees.

The Clerk is **DIRECTED** to submit this action to the District Judge for a frivolity determination pursuant to 28 U.S.C. § 1915(e)(2)(B) and to terminate the referral to the undersigned Magistrate Judge.

IT IS SO **ORDERED** on this 9th day of September 2020.

R. Cannon

REGINA D. CANNON
United States Magistrate Judge