RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
AUG 24 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

Bridget Owings
Plaintiff,

v

Case Number: 1:20-CV-3504

Franklin County Sheriff Office
Defendant,

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUL 2_ 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 24 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| **Claimant/Contact Name:** (Last, First) Owings Bridgett | |
| **Business/Institution Name:** (if applicable) | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) 102 Barkwood lane Greenwood, S.C. 29653 | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** | |
| **Phone:** (optional) ~~864-[illegible]~~ 330- 864 330-0456 | **Email:** (optional) |
| **ATTORNEY INFORMATION** (if applicable) | |
| **Attorney Name:** (Last, First) N/A | |
| **Attorney Title:** N/A | |
| **Firm Name:** (if applicable) N/A | |
| **Attorney Address:** (Include Street, City, State, and Zip Code) N/A | |
| **Are you an attorney filing this claim on behalf of your client?** ☐ YES ☑ NO | |
| **Attorney Phone:** (optional) | **Attorney Email:** (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 9,605 | $9,605 cash money |
| 2 | car | 2011 Chevy camaro black |
| | | |
| | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:** I had $9,605 dollars cash I wasn't committing no criminal offense and I have proof and Statement of where my currency came from.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

- unemployment payments
- Stimulus check $2200.00

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| N/A | N/A |
| | N/A |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured:** (Last, First) N/A | |
| **Policy Number:** N/A | **Claim Number:** N/A |
| **Name of Insurance Company:** N/A | **Name of Insurance Agent:** (Last, First) N/A |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) N/A | |
| **Phone:** (optional) | **Email:** (optional) |
| **Have you received compensation from the insurance company?** ☐ YES ☑ NO | **Amount of Compensation:** |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

I have bank Statements, Stimulus Statement and Tax W2 forms from where I Just recieved my Tax refund check.

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Bridget Owings
Signature

Bridget Owings
Printed Name

6 · 17 · 2020
Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

Notary: [signature]
Exp. Date: June 19, 2028

# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

No Service 5:44 PM 43%

AA scuihub.dew.sc.gov

Good Evening BRIDGET E OWINGS Thursday, June 11, 2020 My Alert

# CLAIMANT HOMEPAGE

SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT AND WORKFORCE

Customer Menu | Claimant Homepage | Change Personal Info | Change Security Pref | Confirmation History | Debit Card Website

My Documents

ADVISEMENT: Please do not use your Internet browser "Back" buttons. In the event you need to return to a previous page or the menu links above.

4508 HIGHWAY 25 N, HODGES SC 29653-9602 **Change Personal Info**

CLAIMS

| Program | Effective Date | View Claim History End Date | Maximum Benefit Amount | Weekly Benefit Amount | Earnings Allowance | Total Amount Paid | Status | Confirmation Number |
|---|---|---|---|---|---|---|---|---|
| UI | 05/03/2020 | 05/01/2021 | 0.00 | 0.00 | 0.00 | 0.00 | Ineligible | 4752551 |
| PUA | 03/15/2020 | 12/26/2020 | 5,109.00 | 131.00 | 32.75 | 1,308.00 | Open | 4763365 |
| UI | 05/06/2018 | 05/04/2019 | 2,158.00 | 143.00 | 35.75 | 0.00 | Expired | 747743 |
| UI | 06/19/2016 | 06/18/2017 | 1,929.00 | 122.00 | 30.50 | 1,597.00 | Expired | 9999999999999999 |

PAYMENTS

| | |
|---|---|
| 06/07/2020 | 607.00 |
| 06/01/2020 | 607.00 |
| 05/24/2020 | 607.00 |
| 05/17/2020 | 607.00 |
| 05/14/2020 | 607.00 |
| 05/10/2020 | 3,253.00 |

ISSUES DELAYING PAYMENT

| Issue |
|---|
| Discharge : Attendance |
| Able and Available : Self Employed |

Debit card payments may take up to 72 hours from date filed to post to your card. For any questions regarding your unemployment insurance payment amounts and scheduled dates of additions to your Account, please contact the South Carolina Department of Employment and Workforce or go to the SC DEW website by **clicking**

SMARTLINKS

Go To Employment Service

View my 1099G for 2016

Dispute my 1099G

Looking for additio

The Unemployment Information Homepage cont

Employment Services, Handbooks, Deb Card

more

AA scuihub.dew.sc.gov

Good Evening BRIDGET E OWINGS | Thursday, June 11, 2020 | My Alert | Help | Contact | Resources

# CLAIMANT HOMEPAGE

dew SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT AND WORKFORCE

Customer Menu | Claimant Homepage | Change Personal Info | Change Security Pref | Confirmation History | Debit Card Website | Determination History | Appeal Informa

My Documents

ADVISEMENT: Please do not use your Internet browser "Back" buttons. In the event you need to return to a previous page, please utilize the navigation buttor or the menu links above.

[illegible] Change Personal Info bridgetowings003@yahoo.c

[illegible] Overpayment Balan

| Program | Effective Date | View Claim History End Date | Maximum Benefit Amount | Weekly Benefit Amount | Earnings Allowance | Total Amount Paid | Status | Confirmation Number | View Initial Claim Summary | View Reactivate History | Remai Balai Amoi |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UI | 05/03/2020 | 05/01/2021 | 0.00 | 0.00 | 0.00 | 0.00 | Ineligible | 4752551 | View | | |
| PUA | 03/15/2020 | 12/26/2020 | 5,109.00 | 131.00 | 32.75 | 1,308.00 | Open | 4763365 | View | | 3.53 |
| UI | 05/06/2018 | 05/04/2019 | 2,158.00 | 143.00 | 35.75 | 0.00 | Expired | 747743 | View | | |
| UI | 06/19/2016 | 06/18/2017 | 1,929.00 | 122.00 | 30.50 | 1,597.00 | Expired | 999999999999999 | View | | |

[illegible]

| | |
|---|---|
| 06/07/2020 | 607.00 |
| 06/01/2020 | 607.00 |
| 05/24/2020 | 607.00 |
| 05/17/2020 | 607.00 |
| 05/14/2020 | 607.00 |
| 05/10/2020 | 3,253.00 |

Debit card payments may take up to 72 hours from date filed to post to your card. For any questions regarding your unemployment insurance payment amounts and scheduled dates of additions to your Account, please contact the South Carolina Department of Employment and Workforce or go to the SC DEW website by clicking

[illegible]

| Issue | Complete By | Note |
|---|---|---|
| Discharge : Attendance | | Pending Resolution |
| Able and Available : Self Employed | | Pending Resolution |

[illegible]

Go To Employment Service

View my 1099G for 2016

Dispute my 1099G

Looking for additional information?

The Unemployment Information Homepage contains links to Frequently Asked Questions Employment Services Handbooks, Debit Card Information, Veterans Programs and mu more!

Print Close

BRIDGET E OWINGS
4308 HIGHWAY 25 N, HODGES SC 29653-9663
bridgetowings003@yahoo.com

**Effective Date:** 03/15/2020 **End Date:** 12/26/2020 **Maximum Benefit Amount:** $5,109.00 **Weekly Benefit Amount:** $131.00

**Payment Summary** **Total Amount Paid:** $2,180.00 **Remaining Balance Amount:** $ 2,489.00 **Overpayment Balance:** $0.00

| Benefit Week | Date Filed | Net Amount Paid | Overpaid Week | Deductions | Payment Issued | Confirmation Number | View Claim Answers |
|---|---|---|---|---|---|---|---|
| 08/01/2020 | 08/02/2020 | 109.00 | N | Y | Y | 9767268 | View |
| 07/25/2020 | 07/26/2020 | 607.00 | N | Y | Y | 9418705 | View |
| 07/18/2020 | 07/19/2020 | 607.00 | N | Y | Y | 9005215 | View |
| 07/11/2020 | 07/14/2020 | 607.00 | N | Y | Y | 8837964 | View |
| 07/04/2020 | 07/06/2020 | 607.00 | N | Y | Y | 8327243 | View |
| 06/27/2020 | 06/28/2020 | 607.00 | N | Y | Y | 7857205 | View |
| 06/20/2020 | 06/22/2020 | 607.00 | N | Y | Y | 7505321 | View |
| 06/13/2020 | 06/14/2020 | 607.00 | N | Y | Y | 6984025 | View |
| 06/06/2020 | 06/07/2020 | 607.00 | N | Y | Y | 6614375 | View |
| 05/30/2020 | 05/31/2020 | 607.00 | N | Y | Y | 6247374 | View |
| 05/23/2020 | 05/24/2020 | 607.00 | N | Y | Y | 5737224 | View |
| 05/16/2020 | 05/17/2020 | 607.00 | N | Y | Y | 5339000 | View |
| 05/09/2020 | 05/14/2020 | 607.00 | N | Y | Y | 5186550 | View |
| 05/02/2020 | 05/09/2020 | 607.00 | N | Y | Y | 4780870 | View |
| 04/25/2020 | 05/09/2020 | 607.00 | N | Y | Y | 4780858 | View |
| 04/18/2020 | 05/09/2020 | 607.00 | N | Y | Y | 4780841 | View |
| 04/11/2020 | 05/09/2020 | 607.00 | N | Y | Y | 4780824 | View |
| 04/04/2020 | 05/09/2020 | 607.00 | N | Y | Y | 4780802 | View |
| 03/28/2020 | 05/09/2020 | 109.00 | N | Y | Y | 4774980 | View |
| 03/21/2020 | 05/09/2020 | 109.00 | N | Y | Y | 4774897 | View |

Bridget Owings
127 Barkwood Lane
Greenwood, SC 29646




Greenville P&DC 296
WED 19 AUG 2020 PM

United States District Court
Northern District of Georgia
2211 United States courthouse,
75 Ted Turner Drive SW
Atlanta, GA 30303

CLEARED
AUG 24 2020
U.S. Marshals
Atlanta, GA