RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 24 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk

# United States District Court
# Northern District of Georgia

2211 United States Courthouse, 75 Ted Turner Drive, SW
Atlanta, GA 30303
www.gand.uscourts.gov

James N. Hatten
Clerk of Court

Intake Section
404-215-1635

**This document is intended as an informational tool to be used for the submission of pleadings in this court.**

The pleading(s) that you are attempting to file are non-compliant with the specific Local Rules as shown below and are hereby being returned to you.

X LR3.2

**Advance Payment Generally Required.** Advance payment of fees is required before the clerk will file any civil action, suit, or proceeding. An application to proceed *in forma pauperis* is included. If you desire to proceed IFP, please return this form with your original complaint and other documents to the address shown above.

X LR 5.1

**Captions on Pleadings**. All pleadings presented to the clerk or judge for filing must bear specific pleading designations, in accordance with the nomenclature set forth in Fed.R.Civ.P. 7. When a document contains multiple pleadings, e.g., an answer to a complaint and a counterclaim or cross claim, all pleadings contained in the document must be included in the caption on the first page of the document. Generalized captions, such as "Responsive Pleadings," are not accepted for filing.

___ LR 5.4

**Filing Not Generally Required.** Interrogatories, requests for inspection, requests for admission, and answers and responses thereto shall be served upon the other counsel or parties by the appropriate party, but they shall not be routinely filed with the court. The party responsible for service of the discovery material shall, however, file a certificate with the clerk indicating the date of service. Counsel or respective party shall also retain the original discovery material and become its custodian.

Should you have additional questions, please contact the Public Filing Desk at 404-215-1635.