**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Bridget Owings, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:20-cv-3504-MLB |
| Franklin County Sheriff Office, | |
| Defendant. | |

**JUDGMENT**

This action having come before the court, Honorable Michael L Brown, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous. Dated at Atlanta, Georgia, this 27th day of October, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: s/D. Burkhalter
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 27, 2020
James N. Hatten
Clerk of Court

By: s/D. Burkhalter
Deputy Clerk